Certificate Number: 12433-PAE-DE-033204299

Bankruptcy Case Number: 19-13704



12433-PAE-DE-033204299

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 4, 2019</u>, at <u>5:06</u> o'clock <u>PM EDT</u>, <u>Andrew B. Gardner</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 4, 2019</u>          By:    <u>/s/Lance Brechbill</u>

Name:  <u>Lance Brechbill</u>

Title:  <u>Teacher</u>

Certificate Number: 12433-PAE-DE-033204298

Bankruptcy Case Number: 19-13704


12433-PAE-DE-033204298

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 4, 2019</u>, at <u>5:06</u> o'clock <u>PM EDT</u>, <u>Kelly A. Gardner</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>August 4, 2019</u>    By:    <u>/s/Lance Brechbill</u>

Name:  <u>Lance Brechbill</u>

Title:  <u>Teacher</u>