IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In     Andrew B. Gardner | ) | Chapter 13 |
| Re:    Kelly A. Gardner | ) | |
|              Debtors | ) | No. 19-13704-AMC |
| | ) | |

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and Reimbursement of Expenses and respectfully request that the Order attached to the Application be approved.

                              /s/David M. Offen
                              David M. Offen
                              Attorney for Debtor
                              160 West - The Curtis Center
                              601 Walnut Street
                              Philadelphia, PA 19106
                              215-625-9600

Date:9/3/19