# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kelly A. Gardner<br>Andrew B. Gardner<br>　　　　　　　　Debtors<br><br>New Residential Mortgage, LLC<br>　　　　　　　Movant<br>　　　vs.<br><br>Kelly A. Gardner<br>Andrew B. Gardner<br>　　　　　　　Respondents | CHAPTER 13<br><br><br>NO. 19-13704 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection of Ditech Financial, LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about August 2, 2019 (Document No. 15). The loan was transferred from Ditech Financial LLC to New Residential Mortgage, LLC on January 14, 2020 (Document No. 30).

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　215-627-1322

February 24, 2020