United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andrew B Gardner  
Kelly A. Gardner  
    Debtors

Case No. 19-13704-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW                 Page 1 of 1                  Date Rcvd: Apr 07, 2020
                            Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2020.
db/jdb         +Andrew B Gardner,    Kelly A. Gardner,    3540 Conrad Street,    Philadelphia, PA 19129-1639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2020 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Andrew B Gardner dmo160west@gmail.com,
       davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      DAVID M. OFFEN    on behalf of Joint Debtor Kelly A. Gardner dmo160west@gmail.com,
       davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
      KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. s/b/m Citizens Bank of Pennsylvania
       mary@javardianlaw.com,    angie.harrigan@javardianlaw.com
      REBECCA ANN SOLARZ    on behalf of Creditor    New Residential Mortgage LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                    TOTAL: 8

LAW OFFICE OF GREGORY JAVARDIAN, LLC
By Mary F. Kennedy, Esquire
Attorney I.D. # 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
Attorney for Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Andrew B. Gardner<br>Kelly A. Gardner<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>19-13704 AMC |

**STIPULATION BY AND BETWEEN ANDREW B. GARDNER AND KELLY A. GARDNER AND CITIZENS BANK, N.A. S/B/M TO CITIZENS BANK OF PENNSYLVANIA**

WHEREAS, the parties hereto, and their respective counsel, have agreed as to the disposition of the Motion for Relief from the Automatic Stay filed by Mary F. Kennedy on behalf of mortgagee, Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania ("Movant").

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith stipulate as follows:

1. Movant is a mortgagee and holder of a perfected, secured claim against the Debtor pursuant to Notes and Mortgages on Debtor's real estate known as at 3540 Conrad Street, Philadelphia, PA 19129 ("property").

2. Upon approval by the United States Bankruptcy Court of the within Stipulation, Debtor and secured creditor, Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania, agree to the following:

{00665926}   1

(a) Debtor(s) acknowledges that the current regular monthly post-petition mortgage payment is $588.55 per month. The monthly payment is subject to change in accordance with the terms of the Note and Mortgage.

(b) Debtor(s) acknowledge that debtor(s) is currently due for the following amounts post-petition:

| | |
|---|---|
| 7/1/2019 payment | $588.55 |
| 8/1/2019 payment | $588.55 |
| 9/1/2019 payment | $588.55 |
| 10/1/2019 payment | $588.55 |
| 11/1/2019 payment | $588.55 |
| 12/1/2019 payment | $588.55 |
| 1/1/2020 payment | $588.55 |
| 2/1/2020 payment | $588.55 |
| 3/1/2020 payment | $588.55 |
| Motion for Relief Attorney Fees & Costs | $1,231.00 |
| TOTAL | $6,527.95 |

(c) Commencing with the April 1, 2020 payment the Debtor(s) shall resume and shall continue to make all regular monthly post-petition mortgage payments when they are due in accordance with said Note and Mortgage.

(d) Within fifteen (15) days of the Court's approval of this Stipulation Debtor(s) shall amend the Plan to provide for the payment of the post-petition arrears of $6,527.95 to Movant through the Plan.

(e) Within fifteen (15) days of the Court's approval of this Stipulation Movant shall amend its Proof of Claim to add the $6,527.95 in post-petition arrears to its arrears claim.

{00665926}    2

(f) The provisions of the Stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this Stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

(g) The Debtor(s) shall timely tender all payments and comply with all conditions in accordance with this Stipulation. If such payments or conditions are not timely made, Movant may provide the Debtor(s) and their counsel with fifteen (15) days written notice of default. If the default is not cured within the fifteen (15) day period, Movant may certify the default to this Court and an Order shall be entered granting Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania its successors and/or assigns relief from the automatic stay without further notice and hearing.

(h) Should Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania its successors and/or assigns be granted relief from the stay after filing a Certification of Default in accordance with paragraph 2 (g) above, the parties agree that the said relief order shall include the following language: "bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non Bankruptcy law." Debtor(s) have the right to object to any certificate of default filed by Movant.

(i) The parties agree that a facsimile may be submitted to the Court as if it were an original.

{00665926}                                    3

STIPULATED AND AGREED TO BY:

_____  Date: _____
David M. Offen, Esquire
Attorney for Debtor, Andrew B. Gardner and Kelly A. Gardner

_____  Date: __4/2/2020__
Mary F. Kennedy, Esquire
Attorney for Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania

__/s/ Jack Miller_____  Date: __4/3/2020__
William C. Miller, Esquire     no objection to its terms, without prejudice to
Trustee                        any of our rights and remedies

On this ___ day of _____, 2020, approved by the Court.

**Date: April 7, 2020**

_____
United States Bankruptcy Judge
Ashely M. Chan

cc:   Mary F. Kennedy, Esquire
      1310 Industrial Blvd.
      1st Floor, Suite 101
      Southampton, PA 18966

      David M. Offen, Esquire
      The Curtis Center
      601 Walnut Street, Suite 160 West
      Philadelphia, PA 19106

      William C. Miller, Esquire
      Chapter 13 Trustee
      PO Box 1229
      Philadelphia, PA 19105

{00665926}                          4