**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Andrew B. Gardner | : | |
| Kelly A. Gardner | : | |
| Debtors | : | No. 19-13704-AMC |

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Modify Plan and respectfully requests that the Order attached to the Motion be approved.

                                                /s/David M. Offen
                                                David M. Offen
                                                Attorney for Debtor(s)

**Date: 4/22/20**