IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :      CHAPTER 13
Andrew B. Gardner               :
Kelly A. Gardner                :
    Debtors                     :      No. 19-13704-AMC

O R D E R

AND NOW, this_____ day of _____, 2020,
upon consideration of the Motion to Modify Plan After
Confirmation, it is hereby ORDERED, that the debtors' confirmed
plan is modified to reflect that $4,600.00 has been paid to the
Trustee over 10 months and the Debtor shall pay $1,000.00 per
month for 3 months and then $2,036.00 for the remaining 47 months
for a total base amount of $103,292.00 and the Modified Plan
attached hereto as Exhibit "A" shall be the new plan.

**Date: May 19, 2020**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Andrew & Kelly Gardner