United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andrew B Gardner  
Kelly A. Gardner  
    Debtors  

Case No. 19-13704-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: May 19, 2020  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2020.  
db/jdb        +Andrew B Gardner,    Kelly A. Gardner,    3540 Conrad Street,    Philadelphia, PA 19129-1639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2020 at the address(es) listed below:

       DAVID M. OFFEN    on behalf of Debtor Andrew B Gardner dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
       DAVID M. OFFEN    on behalf of Joint Debtor Kelly A. Gardner dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
       HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com  
       KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
       MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. s/b/m Citizens Bank of Pennsylvania mary@javardianlaw.com, angie.harrigan@javardianlaw.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    New Residential Mortgage LLC bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                 TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Andrew B. Gardner | : | |
| Kelly A. Gardner | : | |
| Debtors | : | No. 19-13704-AMC |

O R D E R

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtors' confirmed plan is modified to reflect that $4,600.00 has been paid to the Trustee over 10 months and the Debtor shall pay $1,000.00 per month for 3 months and then $2,036.00 for the remaining 47 months for a total base amount of $103,292.00 and the Modified Plan attached hereto as Exhibit "A" shall be the new plan.

**Date: May 19, 2020**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Andrew & Kelly Gardner