IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Andrew B. Gardner           )   Chapter 13
        Kelly A. Gardner            )
            Debtors                 )   No. 19-13704-AMC
                                    )
                                    )

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Modify Plan and respectfully requests that the Order attached to the Motion be approved.


                                                   /s/David M. Offen
                                                 David M. Offen
                                                 Attorney for Debtor(s)

Date: 8/19/20