```
              IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

        IN RE:                      :     CHAPTER 13
                                    :
        Andrew B. Gardner           :     No. 19-13704-AMC
        Kelly A. Gardner            :
              Debtors               :
```

O R D E R

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $4,600.00 has been paid to the Trustee over 13 months and the Debtor shall pay $1,480.00 per month for the remaining 71 months for a total base amount of $109,680.00 and the Modified Plan attached to the Motion as an Exhibit shall be the new plan.

**Date: September 4, 2020**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE