United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andrew B Gardner  
Kelly A. Gardner  
       Debtors

Case No. 19-13704-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Sep 04, 2020  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2020.  
db/jdb        +Andrew B Gardner,    Kelly A. Gardner,    3540 Conrad Street,    Philadelphia, PA 19129-1639

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2020 at the address(es) listed below:

        DAVID M. OFFEN    on behalf of Debtor Andrew B Gardner dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
        DAVID M. OFFEN    on behalf of Joint Debtor Kelly A. Gardner dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
        HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com  
        KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
        MARY F. KENNEDY    on behalf of Creditor    Citizens Bank, N.A. s/b/m Citizens Bank of Pennsylvania mary@javardianlaw.com, angie.harrigan@javardianlaw.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    New Residential Mortgage LLC bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                             TOTAL: 8

```
              IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    IN RE:                       :     CHAPTER 13
                                 :
    Andrew B. Gardner             :     No. 19-13704-AMC
    Kelly A. Gardner              :
          Debtors                 :
```

O R D E R

AND NOW, this_____ day of _____, 2020, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $4,600.00 has been paid to the Trustee over 13 months and the Debtor shall pay $1,480.00 per month for the remaining 71 months for a total base amount of $109,680.00 and the Modified Plan attached to the Motion as an Exhibit shall be the new plan.

**Date: September 4, 2020**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE