IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                          : Chapter 13

Andrew B. Gardner               : Case No. 19-13704-AMC
Kelly A. Gardner
     Debtors
```

O R D E R

AND NOW, on this _____ day of _____, 2021, upon consideration of the Debtor, it is hereby ORDERED and DECREED that the Motion to Approve Settlement, in the amount of $50,000.00 (fifty thousand dollars) is hereby GRANTED.

The proceeds of the settlement shall be distributed to William C. Miller, Esq., Trustee in the amount of $5,000.00 (five thousand dollars) and the remaining proceeds to Kelly A. Gardner.

DATED:                                    HONORABLE ASHELY M. CHAN
                                          UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire

Andrew and Kelly Gardner