IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Andrew B. Gardner | : Case No. 19-13704-AMC |
| Kelly A. Gardner | |
| Debtors | |

O R D E R

AND NOW, on this _____ day of _____, 2021, upon consideration of the Debtor, it is hereby ORDERED and DECREED that the Motion to Approve Settlement, in the amount of $50,000.00 (fifty thousand dollars) is hereby GRANTED.

The proceeds of the settlement shall be distributed to William C. Miller, Esq., Trustee in the amount of $5,000.00 (five thousand dollars) and the remaining proceeds to Kelly A. Gardner.

**Date: February 18, 2021**

_____      _____
DATED:                           HONORABLE ASHELY M. CHAN
                                 UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire

Andrew and Kelly Gardner