UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                                    CASE NO.: 19-13704-amc
**CHAPTER 13**

**Andrew B Gardner,**
   **Debtor.**

**Kelly A. Gardner,**
   **Joint Debtor.**

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
130 CLINTON RD #202
FAIRFIELD, NJ 07004**

                                                Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                Authorized Agent for Secured Creditor
                                                130 Clinton Rd #202
                                                Fairfield, NJ 07004
                                                Telephone: 470-321-7112

                                                By: /s/Charles Wohlrab
                                                    Charles Wohlrab, Esq.
                                                    Email: CWohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 15, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ANDREW B GARDNER
3540 CONRAD STREET
PHILADELPHIA, PA 19129

KELLY A. GARDNER
3540 CONRAD STREET
PHILADELPHIA, PA 19129

And via electronic mail to:

DAVID M. OFFEN
THE CURTIS CENTER, 601 WALNUT STREET, SUITE 160 WEST
PHILADELPHIA, PA 19106

DAVID M. OFFEN
THE CURTIS CENTER, 601 WALNUT STREET, SUITE 160 WEST
PHILADELPHIA, PA 19106

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE 200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106

By: /s/ Victoria Ezeta
Victoria Ezeta
vezeta@raslg.com