### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kelly A. Gardner<br>Andrew B. Gardner<br>　　　　　　　Debtor(s)<br><br>New Residential Mortgage, LLC<br>　　　　　　　Movant<br>　　vs.<br><br>Kelly A. Gardner<br>Andrew B. Gardner<br>　　　　　　　Debtor(s)<br><br>William C. Miller<br>　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 19-13704 AMC<br><br><br>11 U.S.C. Sections 362 and 1301 |

### ORDER

　　　　AND NOW, this 　　　 day of 　　　　　　, 2021 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

　　　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 3540 Conrad Street, Philadelphia, PA 19129 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: July 27, 2021**

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Kelly A. Gardner
3540 Conrad Street
Philadelphia, PA 1912900

Andrew B. Gardner
3540 Conrad Street
Philadelphia, PA 19129

David M. Offen
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106

William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532