# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-13704-AMC

ANDREW B GARDNER
KELLY A GARDNER
3540 CONRAD STREET

PHILADELPHIA, PA 19129-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ANDREW B GARDNER
  KELLY A GARDNER
  3540 CONRAD STREET

  PHILADELPHIA, PA 19129-

Counsel for debtor(s), by electronic notice only.

  DAVID OFFEN ESQUIRE
  601 WALNUT ST., SUITE 160 WEST

  PHILADELPHIA, PA 19106-

Date: 8/9/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee