United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13704-amc |
| Andrew B Gardner | Chapter 13 |
| Kelly A. Gardner | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 14, 2021 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andrew B Gardner, Kelly A. Gardner, 3540 Conrad Street, Philadelphia, PA 19129-1639 |
| 14618034 | + | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen VA 23059-4577 |
| 14341384 | + | Citizens Bank, N.A. s/b/m Citizens Bank of Pennsyl, c/p Mary F. Kennedy, Esquire, 1310 Industrial Boulevard, 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14342797 | + | Citizens Bank, N.A. s/b/m to, Citizens Bank of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14338851 | + | DITECH FINANCIAL LLC F/K/A GREEN TREE SE, 3000 BAYPORT DR, SUITE 880, Tampa, FL 33607-8409 |
| 14344587 | + | Ditech Financial LLC, c/o Kevin G McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14338852 | + | Gregory Javardian, Esquire, 1310 Industrial Blvd., 1st Floor, Suite 101, Southampton, PA 18966-4030 |
| 14338854 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14452037 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14599830 | + | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz,Schneid,Crane &Partn, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14338856 | + | Thomas J Bass Atty, 150 Monument Rd, Bala Cynwyd, PA 19004-1725 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 14 2021 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 14 2021 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 14 2021 23:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14338850 | | Email/Text: MortgageBKSupport@citizensbank.com | Sep 14 2021 23:52:00 | CCO Mortgage Corp., Attn: Bankruptcy, 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14390799 | | Email/Text: megan.harper@phila.gov | Sep 14 2021 23:52:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14434200 | | Email/Text: megan.harper@phila.gov | Sep 14 2021 23:52:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14338849 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 14 2021 23:55:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14347087 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: pdf900 | Total Noticed: 25 |

| | | | Sep 14 2021 23:55:41 | Capital One Bank (USA), N.A., PO BOX 71083, Charlotte NC 28272-1083 |
|---|---|---|---|---|
| 14346204 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | | Sep 15 2021 00:11:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14338853 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Sep 14 2021 23:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14338855 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | | Sep 14 2021 23:55:30 | Regional Acceptance Co, Attn: Bankruptcy, 1424 E Firetower Rd, Greenville, NC 27858-4105 |
| 14347945 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | | Sep 14 2021 23:55:30 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14338857 | | Email/Text: bankruptcytn@wakeassoc.com | | |
| | | | Sep 14 2021 23:52:00 | Wakefield & Associates, Attn: bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 14341952 | | Email/Text: bankruptcytn@wakeassoc.com | | |
| | | | Sep 14 2021 23:52:00 | CEP AMERICA LLC, WAKEFIELD AND ASSOCIATES, PO BOX 50250, KNOXVILLE,TN 37950-0250 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14372147 | ## | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2021              Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| DAVID M. OFFEN | on behalf of Debtor Andrew B Gardner dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Kelly A. Gardner dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 14, 2021 | Form ID: pdf900 | Total Noticed: 25 |

KEVIN G. MCDONALD
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

MARY F. KENNEDY
    on behalf of Creditor Citizens Bank  N.A. s/b/m Citizens Bank of Pennsylvania mary@javardianlaw.com, coleen@javardianlaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor New Residential Mortgage LLC bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 11

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ANDREW B GARDNER<br>KELLY A GARDNER | Chapter 13 |
| Debtor | Bankruptcy No. 19-13704-AMC |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: September 14, 2021**

_____
Honorable Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
ANDREW B GARDNER
KELLY A GARDNER
3540 CONRAD STREET

PHILADELPHIA, PA 19129-